# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-2106
LT Case No. 05-2024-CJ-002010-A

———————————————————

J.E., a Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Brevard County.
Christina Marie Sanchez-Serrano, Judge.

Matthew J. Metz, Public Defender, and Brian M. Hyer,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen
L. Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

January 20, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____